THE HONORABLE TANA LIN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SENISSE PHILLIPS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>OLD DOMINION EMPLOYEE BENEFIT PLAN,<br><br>　　　　　Defendant. | No. 2:24-cv-00993-TL<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT<br><br>Note on Motion Calendar: August 7, 2024 |

## **ORDER**

Based upon the stipulation of the parties, it is hereby ordered that the stipulation is GRANTED. Old Dominion Employee Benefit Plan's answer or response to the complaint in this matter is due on or by September 6, 2024.

IT IS SO ORDERED this 8th day of August, 2024.

_____
Tana Lin
United States District Judge

//

//

//

//

ORDER GRANTING STIPULATED MOTION FOR ORDER TO
EXTEND DEADLINE TO RESPOND TO COMPLAINT - 1
(Case No. 2:24-cv-00993-TL)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

Presented by:

| | |
|---|---|
| MONAHAN TUCKER LAW | JACKSON LEWIS P.C. |

By: *s/Stacy Monahan Tucker*
Stacy Monahan Tucker
WSBA #43449
14241 NE Woodinville-Duvall Rd
Ste 382
Woodinville, WA 98072
Telephone (844) 503-5301
smtucker@mtlawpc.com

Counsel for Plaintiff

By: *s/Brian K. Keeley*
Brian K. Keeley, WSBA #32121
520 Pike Street, Suite 2300
Seattle, WA 98101
Telephone (206) 802-3802
Brian.Keeley@jacksonlewis.com

Counsel for Defendant

GREEN HEALTH LAW APC                    JACKSON LEWIS P.C.

By: *s/Elizabeth K. Green*
Elizabeth K. Green
201 N Brand Blvd, Ste 200
Glendale, CA 91203
Telephone (818) 722-1164
egreen@greenhealthlaw.com

Counsel for Plaintiff, Pro Hac Vice

By: *s/Jessica M. Cox*
Jessica M. Cox, WSBA #53027
520 Pike Street, Suite 2300
Seattle, WA 98101
Telephone (206) 626-6410
Jessica.Cox@jacksonlewis.com

Counsel for Defendant

ORDER GRANTING STIPULATED MOTION FOR ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT - 2
(Case No. 2:24-cv-00993-TL)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404