THE HONORABLE TANA LIN

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SENISSE PHILLIPS,<br><br>               Plaintiff,<br><br>  v.<br><br>OLD DOMINION EMPLOYEE BENEFIT PLAN,<br><br>               Defendant. | No. 2:24-cv-00993-TL<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR ORDER TO EXTEND DEADLINES<br><br>**Noted for Hearing:  October 23, 2024**<br><br>[CLERK'S ACTION REQUIRED] |

## **ORDER**

Based upon the stipulation of the parties filed October 23, 2024, it is hereby ordered that the stipulation is GRANTED. The deadline for Initial Disclosures is continued to November 25, 2024 and the Deadline for Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) is continued to December 9, 2024.

The Parties request that the Clerk reset the deadlines as noticed.

IT IS SO ORDERED this 23rd day of October, 2024.

*/s/ Tana Lin*

Tana Lin
United States District Judge

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR ORDER TO EXTEND DEADLINES - 1
(Case No. 2:24-cv-00993-TL)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404

| | | |
|---|---|---|
|1| Presented by: | |
|2| MONAHAN TUCKER LAW | JACKSON LEWIS P.C. |

Presented by:

MONAHAN TUCKER LAW

By: *s/ Stacy Monahan Tucker*
Stacy Monahan Tucker
WSBA #43449
14241 NE Woodinville-Duvall Rd
Ste 382
Woodinville, WA 98072
Telephone (844) 503-5301
smtucker@mtlawpc.com

Counsel for Plaintiff

GREEN HEALTH LAW APC

By: *s/ Elizabeth K. Green*
Elizabeth K. Green
201 N Brand Blvd, Ste 200
Glendale, CA 91203
Telephone (818) 722-1164
egreen@greenhealthlaw.com

Counsel for Plaintiff, Pro Hac Vice

JACKSON LEWIS P.C.

By: *s/ Brian K. Keeley*
Brian K. Keeley, WSBA #32121
Jessica M. Cox, WSBA #53027
520 Pike Street, Suite 2300
Seattle, WA 98101
Telephone (206) 802-3802
Brian.Keeley@jacksonlewis.com
Jessica.Cox@jacksonlewis.com

Charles F. Seemann, III*
Ryan M. Tucker*
601 Poydras Street, Suite 1400
New Orleans, LA 70130
Telephone: (504) 208-1755
Facsimile: (504) 208-1759
Charles.Seemann@jacksonlewis.com
Ryan.Tucker@jacksonlewis.com

*Admitted pro hac vice

Counsel for Defendant

---

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR
ORDER TO EXTEND DEADLINES - 2
(Case No. 2:24-cv-00993-TL)

Jackson Lewis P.C.
520 Pike Street, Suite 2300
Seattle, Washington 98101
(206) 405-0404